

**IT IS ORDERED as set forth below:**

**Date: February 4, 2025**

_____
**Paul Baisier**
**U.S. Bankruptcy Court Judge**

_____

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CASE NO. 23-62551-pmb |
| James Nelson Williams, | ) | |
| | ) | CHAPTER 13 |
| Debtor. | ) | |
| | ) | Judge Paul Baisier |

| | | |
|---|---|---|
| FYR SFR Borrower, LLC | ) | |
| | ) | |
| Movant. | ) | |
| | ) | |
| V. | ) | CONTESTED MATTER |
| | ) | |
| James Nelson Williams, Debtor; | ) | |
| Tshombe Melloneise Lott, Co-Debtor; and | ) | |
| Melissa J. Davey, Trustee | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

**ORDER GRANTING RELIEF FROM AUTOMATIC STAY AND CODEBTOR STAY**

On January 16, 2025, FYR SFR Borrower, LLC (hereinafter, "Movant") filed a *Motion For Relief From Automatic Stay and Motion for Relief Codebtor Stay* (Doc. No. 30) (the "Motion").  The Motion concerns rented real property known as 2187 Twilley Cir SW, Marietta,

1

GA 30060 (the "Property").  A hearing on said Motion was heard on January 30, 2025, upon notice Movant contends was proper. No response or objection to the Motion was filed by the Debtor, Codebtor, or Trustee, and similarly no opposition to Movant's Motion was announced at the hearing by the Debtor, Codebtor, or the Trustee.

The Court, having considered the Motion and all other matters of record, hereby **GRANTS** Movant relief from the automatic stay for all purposes allowed by law including, but not limited to, the right for Movant to proceed with a Dispossessory Action and judgment to obtain possession of the Property. Accordingly, it is hereby

**ORDERED** that Movant's Motion is granted.  The automatic stay pursuant to 11 U.S.C. §§ 362(d) and 1301 of the Bankruptcy Code is MODIFIED to allow Movant to pursue all remedies available under Georgia law to recover possession of the Property, and that the Property be abandoned as property of the estate.

**ORDERED** that Movant may obtain a post-petition judgment as to Debtor and Co-Debtor within the course of a dispossessory action to recover possession of the Property, but Movant is not permitted to pursue any collection activities on that judgment as to Debtor and the property of the estate during the pendency of the instant Bankruptcy.

**ORDERED** that, pursuant to Movant's Motion, the 14 day stay prescribed by Bankruptcy Rule 4001(a)(3) is waived to allow Movant to proceed immediately with a dispossessory action.

[END OF DOCUMENT]

Order presented by:
/s/ Matthew F. Totten
MATTHEW F. TOTTEN
(Georgia Bar No. 798589)
THE TOTTEN FIRM, LLC
2090 Dunwoody Club Dr, Ste
106-33 Atlanta, GA 30350
Tel: (404) 692-4342
Email: mft@tottenfirm.com

**No Opposition:**
/s/ Kelsey A. Makeever (w/ exp. perm)
Kelsey A. Makeever
GA BAR NO. 371499
Office of Melissa J. Davey Standing
Ch. 13 Trustee
Ste 2250, 233 Peachtree St NE
Atlanta, GA 30303
Email: mails@13trusteeatlanta.com


**Distribution List:**

Matthew Totten, Esq.
THE TOTTEN FIRM, LLC
2090 Dunwoody Club Dr
Ste 106-33
Atlanta, GA 30350

E.L. Clark
Clark & Washington, LLC
Bldg. 3
3300 Northeast Expwy.
Atlanta, GA 30341

U.S. Trustee
Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

Office of Melissa J. Davey Standing
Ch. 13 Trustee
Ste 2250, 233 Peachtree St NE
Atlanta, GA 30303

James Nelson Williams, Debtor 2187
Twilley Cir SW
Marietta, GA 30060

Tshombe Melloneise Lott, Codebtor
2187 Twilley Cir SW
Marietta, GA 30060