# UNITED STATES BANKRUPTCY COURT

## Northern District of Georgia

In    Debtor(s)
Re:   **James Nelson Williams**
      2187 Twilley Circle
      Marietta, GA 30060

    **xxx−xx−6727**

Case No.: **23−62551−pmb**
Chapter:  **13**
Judge:  **Paul Baisier**

## ORDER OF DISMISSAL

The Chapter 13 Trustee's Motion to Dismiss came before the Court and

After hearing, it appears that the Debtor(s) is in material default with respect to the provisions of the confirmed plan. Therefore,

  **IT IS ORDERED THAT THIS CASE IS DISMISSED.**

Any unpaid filing fees must be paid by the Debtor(s) to the Clerk of the United States Bankruptcy Court within fourteen (14) days of the date of the entry of this Order.

The Clerk is directed to serve a copy of this Order on the Debtor(s), the Attorney for the Debtor(s), the Chapter 13 Trustee, all creditors and other parties in interest. The Attorney for the Debtor(s) shall serve a copy of this Order upon any employer of the Debtor(s) who is subject to an employer deduction order.

Paul Baisier
United States Bankruptcy Judge

Dated: April 17, 2026

Form 163

United States Bankruptcy Court

Northern District of Georgia

| In re: | Case No. 23-62551-pmb |
|---|---|
| James Nelson Williams | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 113E-9 | User: bncadmin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 17, 2026 | Form ID: 163 | Total Noticed: 19 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 19, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | James Nelson Williams, 2187 Twilley Circle, Marietta, GA 30060-7330 |
| cr | + | FYR SFR BORROWER, LLC, The Totten Firm, 2090 Dunwoody Club Dr., Suite 106-33, Atlanta, GA 30350-5434 |
| 24671701 | | Progress Residential, 1700 North Dobson Rd, Suite 300, Scottsdale AZ 85256-0000 |
| 24568850 | + | Progressive Casualty Insurance Company, Reg. Agent: C T Corporation System, 289 S Culver Street, Lawrenceville, GA 30046-4805 |
| 24568852 | + | Westlake Financial Services, LLC, Reg. Agent: Corporate Creations Network, 2985 Gordy Parkway, First Floor, Marietta, GA 30066-3078 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 24568841 | | Email/Text: caineweiner@ebn.phinsolutions.com | Apr 17 2026 20:30:11 | Caine & Weiner, Attn: Bankruptcy, 5805 Sepulveda Blvd 4th Floor, Sherman Oaks, CA 91411 |
| 24568842 | + | Email/Text: bankruptcynotices@cbecompanies.com | Apr 17 2026 20:31:00 | Cbe Group, Attn: Bankruptcy, Po Box 900, Waterloo, IA 50704-0900 |
| 24568843 | + | EDI: CCS.COM | Apr 18 2026 00:07:00 | Credit Coll, Attn: Bankruptcy, 725 Canton Street, Norwood, MA 02062-2679 |
| 24568844 | + | EDI: CCS.COM | Apr 18 2026 00:07:00 | Credit Collection Services, Po Box 607, Norwood, MA 02062-0607 |
| 24568845 | | EDI: GADEPTOFREV | Apr 18 2026 00:07:00 | Georgia Department of Revenue, Compliance Division, ARCS Bankruptcy, 1800 Century BLVD NE Suite 9100, Atlanta, GA 30345-3202 |
| 24568846 | + | Email/Text: legal@hometownecapital.com | Apr 17 2026 20:30:00 | Hometown Capital Management, LLC, PO Box 10275, Jackson, TN 38308-0104 |
| 24568847 | | EDI: IRS.COM | Apr 18 2026 00:07:00 | IRS, 401 W. Peachtree St., NW, Stop #334-D, Room 400, Atlanta, GA 30308 |
| 24619786 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 17 2026 20:33:10 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 24568848 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 17 2026 20:33:10 | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 24568849 | | EDI: AGFINANCE.COM | Apr 18 2026 00:07:00 | OneMain Financial Group LLC, Reg. Agent: C T Corporation System, 289 S Culver Street, Lawrenceville, GA 30046-4805 |
| 24602372 | + | EDI: AGFINANCE.COM | Apr 18 2026 00:07:00 | OneMain Financial Group, LLC, PO Box 3251, Evansville, IN 47731-3251 |
| 24568851 | + | Email/Text: dl-csgbankruptcy@charter.com | Apr 17 2026 20:32:00 | Spectrum, P.O.Box 742615, Cincinnati, OH 45274-2615 |
| 24569307 | | Email/Text: USAGAN.Bankruptcy@usdoj.gov | Apr 17 2026 20:31:00 | United States Attorney, Northern District of Georgia, 75 Ted Turner Drive SW, Suite 600, Atlanta GA 30303-3309 |

District/off: 113E-9                                      User: bncadmin                                      Page 2 of 2

Date Rcvd: Apr 17, 2026                                  Form ID: 163                                        Total Noticed: 19

24656100         +  Email/Text: peritus@ebn.phinsolutions.com

                                                         Apr 17 2026 20:32:00    Westlake, c/o Peritus Portfolio Services II, LLC,
                                                                                 P.O. Box 1149, Grapevine TX 76099-1149

TOTAL: 14

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Westlake, c/o Peritus Portfolio Services II, LLC, P.O. Box 1149, Grapevine, TX 76099-1149 |
| 24640891 | * | LVNV Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 19, 2026                       Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 17, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| E. L. Clark | on behalf of Debtor James Nelson Williams cwatlantabk@gmail.com  clarkwash@ecf.courtdrive.com |
| Matthew Franklin Totten | on behalf of Creditor FYR SFR BORROWER  LLC mft@tottenfirm.com, jet@tottenfirm.com,mtots@recap.email |
| Melissa J. Davey | mail@13trusteeatlanta.com  cdbackup@13trusteeatlanta.com |

TOTAL: 3